UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                Case No.: 8:19-cr-443-VMC-JSS

DEREK DEVONE CALLAWAY

_____/

**ORDER**

This matter comes before the Court pursuant to Defendant Derek Devone Callaway's pro se construed Motion for Early Termination of Supervised Release (Doc. # 86), filed on June 12, 2025. The United States responded on June 13, 2025 (Doc. # 87), and filed a supplemental response on June 25, 2025. (Doc. # 92). For the reasons that follow, the Motion is granted.

**Discussion**

Pursuant to 18 U.S.C. § 3583(e),

[t]he court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

1

18 U.S.C. § 3583(e)(1).

On June 3, 2020, the Court sentenced Mr. Callaway to 65 months' imprisonment, followed by five years of supervised release, for conspiracy to possess with intent to distribute 28 grams or more of cocaine base. (Doc. # 78). Mr. Callaway began his supervised release on May 12, 2023. (Doc. # 87 at 1).

Now, Mr. Callaway seeks early termination of his supervised release. (Doc. # 86). Mr. Callaway has completed over two years of supervised release and emphasizes that he "meet[s] all of [his] conditions of [his] supervision." (Id.). Mr. Callaway has "held down a full-time job" since his release and has been promoted to the role of "Team Lead of Driver" with his company. (Id.). He provides for his family and maintains a close relationship with his grandchildren. (Id.).

Importantly, probation does not oppose Mr. Callaway's request. (Doc. # 92). Considering all of the above, the Court finds that the Section 3553(a) factors weigh in favor of early termination. Considering Mr. Callaway's good conduct on supervised release and the probation officer's consent, the Court agrees that Mr. Callaway's supervised release should be terminated early.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Derek Devone Callaway's pro se construed Motion for Early Termination of Supervised Release (Doc. # 86) is **GRANTED.**

(2) Derek Devone Callaway is discharged from supervised release effective immediately and the proceedings in the case are terminated.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 25th day of June, 2025.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE